UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PRAMCO III, LLC,

    Plaintiff,

vs.

ERICA INTERNATIONAL CORP.,
LEONARD MANSON, BARBARA
MANSON and the Legal Conjugal
Partnership constituted between them,

    Defendants.

CIVIL No. 05-2156 (HL)

RE: COLLECTION OF MONEY

## ORDER OF EXECUTION OF PERSONAL PROPERTY

Upon plaintiff's Motion for Execution of Judgment entered by this Court on July 19, 2006, and it appearing from the records of this Court and from plaintiff's motion that the defendant failed to pay the plaintiff the sums of money adjudged to be paid under the said judgment, and it appearing further that more than ten (10) days have elapsed from the entry of judgment;

**IT IS HEREBY ORDERED** that cash, checks, monies in banks or other institutions, accounts receivable, promissory notes, stock, bonds, equipment, securities, and any other property of Leonard Manson, Barbara Manson, and the Legal Conjugal Partnership constituted between them, subject to execution, up to a value of $562,690.51 in principal, accrued interest in the amount of $159,892.66 as of October 25, 2005, plus further interest which continues to accrue until full payment at the rate of 9.5% per annum, plus costs and stipulated attorneys' fees in the amount of $60,200.00, be attached, garnished, or seized to satisfy the amount owed pursuant to the Judgment entered by this Court in this action and the costs and attorney's fees incurred in the execution of the Writ of Execution of Personal Property; it is further

**ORDERED** that the properties to be executed in compliance with this Order consist of those designated by the plaintiff in the manner provided for by the laws of Puerto Rico; it is further **ORDERED** that the Clerk of this Court issue a Writ of Execution of Personal Property, without bond, since the relief requested is subsequent to the entry of the above mentioned Judgment directing the U.S. Marshal to attach, garnish or seize any or all merchandise, funds, or other property of, or in the possession of Leonard Manson, Barbara Manson, and the Legal Conjugal Partnership constituted between them, up to the value of $562,690.51 in principal, accrued interest in the amount of $159,892.66 as of October 25, 2005, plus further interest which continues to accrue until full payment at the rate of 9.5% per annum plus costs and

stipulated attorneys' fees in the amount of $60,200.00, in addition to the costs and attorney's fees incurred in the execution, as may be designated by plaintiff, including property in the possession of other persons. All such properties shall be seized and deposited in the office of the Clerk of the Court should they be monies or if they consist of other personal property by placing the same under the custody of the custodian named in this Order; and in the event of garnishment, by giving notice of this Order to Leonard Manson, Barbara Manson, and the Legal Conjugal Partnership constituted between them and requiring the surrender of the property or payment of the money to the U.S. Marshal, at the time the obligation to Pramco II, LLC, becomes due and payable. The U.S. Marshal is hereby authorized to break and open locks as may be necessary to execute this order; it is further **ORDERED** that the U.S. Marshal shall thereafter file a return of execution describing the property, garnished or seized pursuant to this.

SO ORDERED.

In San Juan, Puerto Rico, this 11th day of September, 2006.

_____
U.S. DISTRICT JUDGE